Elizabeth K. Green, State Bar No. 199634
GREEN HEALTH LAW, APC
201 N. Brand Blvd., Suite 200
Glendale, CA 91203
Telephone: (818) 722-1164
egreen@greenhealthlaw.com

Attorneys for Plaintiff
K.G.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.G., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF SAN FRANCISCO WELFARE BENEFIT PLAN, <br><br> Defendant. | Case No.: 3:23-cv-00299-JSC <br><br> **NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS FOR PLAINTIFF'S COUNSEL** |

TO THE CLERK OF THE COURT AND ALL PARTIES THROUGH THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that effective September 16, 2023, Plaintiff's counsel Elizabeth K. Green's law firm affiliation will change from Kantor & Kantor, LLP to Green Health Law, APC. All future notices, filings and communications should be directed to the attention of the undersigned at:

> GREEN HEALTH LAW, APC
> 201 N. Brand Blvd., Suite 200
> Glendale, CA 91203
> Telephone: (818) 722-1164
> egreen@greenhealthlaw.com

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

The undersigned's ECF profile has been updated accordingly.

DATED: September 14, 2023                    GREEN HEALTH LAW, APC

                                         BY:   *s/ Elizabeth K. Green*
                                                      Elizabeth K. Green
                                                      Attorneys for Plaintiff